IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | | |
|---|---|---|---|---|
| In RE: | THOMAS HAROLD NELSON | § | Case Number: | 23-51336-KMS-13 |
| | LYNN CAROLE NELSON | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT BMO Bank N.A. hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i) all notices given or required to be given in the case; and

(ii) all pleadings and correspondence served or required to be served in this case,

regarding BMO Bank N.A. should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn: BMO Bank N.A. Department
AIS Portfolio Services, LLC
Account: XXXXX8436
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma

Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for BMO Bank N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(833)965-2371, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1941387

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: THOMAS HAROLD NELSON
AKA THOMAS H NELSON

LYNN CAROLE NELSON

DEBTORS

CASE NO: 23-51336-KMS-13
CHAPTER: 13

## CERTIFICATE OF SERVICE

I/We, do hereby certify that on the 5th day of November, 2026 that I did cause this **Notice of Appearance and Request for Notice** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**THOMAS HAROLD NELSON; AKA THOMAS H NELSON**
**LYNN CAROLE NELSON**
32 WILL BEST ROAD
Richton, MS 39476

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**THOMAS CARL ROLLINS JR**, Attorney for Debtor(s)
TROLLINS@THEROLLINSFIRM.COM

**DAVID RAWLINGS**; Chapter 13 Trustee
ecfnotices@rawlings13.net

**UNITED STATES TRUSTEE;** Office of U. S. Trustee

Biloxi, Mississippi, the 5th day of November, 2026.

BY: /S/ AMITKUMAR SHARMA
AMITKUMAR SHARMA